**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                                                 **CRIMINAL ACTION NO. 4:09CR73**

**BRIAN JOHNSON**

## ORDER

This cause is before the Court on the defendant's Motion to Continue Trial and All Deadlines [25]. The Court, having reviewed the motion, and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for September 28, 2009. Defendant recently retained new counsel. Counsel avers in the motion that due to her recent entry in the case and she is in need of a continuance in order to permit discovery and in order to ensure proper attention to trial preparation. The government does not oppose the requested continuance.

These circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of delay from September 28, 2009 until the new trial date to be set in this matter.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1. The defendant's Motion to Continue Trial and All Deadlines [25-1] is GRANTED;

2. That the trial of this matter is continued until Monday, October 26, 2009 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi; multiple voir dire is to be held at the same time and place;

3. That the delay from September 28, 2009 until October 26, 2009 is excluded as set out

above;

4. That the deadline for filing pretrial motions is October 5, 2009;

5. That the deadline for submitting a plea agreement is October 13, 2009.

SO ORDERED, this the 15th day of September, 2009.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE