# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**BRIAN JOHNSON**                                                                         **MOVANT**

**v.**           **No. 4:09CR73-P-S**

**UNITED STATES OF AMERICA**                                         **RESPONDENT**

## ORDER REQUIRING GOVERNMENT TO FILE RESPONSE

The court has reviewed the movant's request to vacate, set aside, or correct his sentence, and is of the opinion that a response from the government is appropriate.

Accordingly, it is **ORDERED** that within 60 days of the date of this order, the United States of America shall submit a response to the instant motion.

This the 12th day of December, 2011.

                                                    /s/ W. Allen Pepper, Jr.
                                                    W. ALLEN PEPPER, JR.
                                                    UNITED STATES DISTRICT JUDGE